811 A.2d 909

IN THE MATTER OF MARTIN C. LATINSKY,
AN ATTORNEY AT LAW.

December 26, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARTIN C. LATINSKY** of **HAWORTH,** who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for a period of three months effective May 1, 2002, by Order of this Court filed April 5, 2002, be restored to the practice of law, effective immediately.